IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JEAN SIRACUSA,

    **Plaintiff**,

        **v.**                **Civil No.** 17-1145 (FAB)

MARRIOTT INTERNATIONAL INC.,
LUXURY HOTELS INTERNATIONAL OF
PUERTO RICO d/b/a RITZ CARLTON
HOTEL CASINO,

    **Defendants.**

---

**JUDGMENT**

    In accordance with the Opinion and Order entered today (Docket No. 59), plaintiff's claims against Ritz Carlton are **DISMISSED WITHOUT PREJUDICE**, and the claims against Marriott are **DISMISSED WITH PREJUDICE**.

    This case is now closed for statistical purposes.

    **IT IS SO ORDERED.**

    San Juan, Puerto Rico, July 5, 2018.

                        s/ Francisco A. Besosa
                        FRANCISCO A. BESOSA
                        UNITED STATES DISTRICT JUDGE